**[PROPOSED] ORDER ON PLAINTIFF'S EMERGENCY MOTION FOR RECUSAL AND OBJECTION TO JUDICIAL REASSIGNMENT**
 Case No. 2:25-cv-01167-JNW

Before the Court is Plaintiff's Emergency Objection to Judicial Reassignment and Motion to Reinstate Prior Allocation or Order Random Bench Assignment (the "Motion"). Having considered the Motion and relevant filings, the Court finds that:

- Reassignment to Judge Jamal N. Whitehead raises substantial concerns under 28 U.S.C. §§ 455(a) and 455(b), and

- The procedural posture of this case justifies reassignment to preserve judicial impartiality and public confidence.

**IT IS HEREBY ORDERED THAT:**

1. The reassignment to Judge Jamal N. Whitehead is **VACATED**;

2. The case is **REASSIGNED to Judge John C. Coughenour**, who was previously designated for this case;        **OR IN THE ALTERNATIVE**

3. The Clerk shall assign this case to an **unrelated, randomly selected Article III judge** from a separate judicial district, pursuant to procedures for impartial judicial reassignment.


IT IS SO ORDERED.

DATED: _____

_____

UNITED STATES DISTRICT JUDGE