UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROFESSOR SAM WISE, DDS, MOM, MSc, MDS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>Defendants. | CASE NO. 2:25-cv-1167-JNW<br><br>ORDER |

This Court, after considering the Unopposed Motion to Extend Time of Defendant Texas State Board of Dental Examiners ("TSBDE"), hereby GRANTS the Motion.

TSBDE is hereby granted an extension to October 6, 2025, to file any response to Plaintiff Dr. Sam Wise's pleadings at Docket No. 45.

Dated this 11th day of September, 2025.

Jamal N. Whitehead
United States District Judge

**ORDER** - 1

**ORDER** - 2