UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PROFESSOR SAM WISE, DDS, MOM, MSc, MDS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE et al.,<br><br>Defendants. | CASE NO. 2:25-cv-01167-JNW<br><br>ORDER |

On August 26, 2025, this Court ordered pro se Plaintiff Dr. Sam Wise to show cause why his complaint should not be dismissed for lack of subject matter jurisdiction. Dkt. No. 44. In response, Dr. Wise moved for leave to amend his complaint, among other things. Dkt. No. 45. But he failed to comply with LCR 15(a), which requires that a party seeking leave to amend "must attach a copy of the proposed amended pleading as an exhibit to the motion" and must "indicate on the proposed amended pleading how it differs from the pleading that it amends by bracketing or striking through the text to be deleted and underlining or

**ORDER** - 1

highlighting the text to be added. The proposed amended pleading must not incorporate by reference any part of the [original complaint], including exhibits."

Accordingly, the Court ORDERS Dr. Wise to file a proposed amended complaint within FOURTEEN (14) days of this order that complies with LCR 15(a). Failure to comply with this order may result in denial of the motion to amend without further notice. Once the Court rules on Dr. Wise's motion to amend, the Court will establish new briefing schedules for all pending motions as appropriate.

Dated this 12th day of September, 2025.

Jamal N. Whitehead
United States District Judge

ORDER - 2